**Appeal Reinstated and Order filed September 9, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00607-CV**
_____

**LAM NGUYEN AND VAN HONG DO, Appellants**

**V.**

**AVENTUS INSURANCE COMPANY, Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1100805**

## ORDER

On July 8, 2021, appellants notified this court the parties have settled this case and the appeal is moot. On July 22, 2021, we abated this appeal until August 23, 2021, and informed the parties the appeal would be reinstated at that time, or when the parties filed a motion to dismiss the appeal or other dispositive motion.

No motion has been filed. Accordingly, the appeal is reinstated.

On July 7, 2021, we notified the parties the Court would consider dismissal of Dick Law Firm on its own motion for want of jurisdiction unless a response was filed on or before July 17, 2021, showing meritorious grounds for remaining a party in the appeal. Because of the abatement, we extend Dick Law Firm's time to file a response to our notice of dismissal to ten days from the date of this order.


PER CURIAM


Panel Consists of Justices Wise, Bourliot and Visiting Justice Massengale.